AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | Case Number:8:07-CR-228-T-24EAJ |
| HOMERO SEGURA-RESENDEZ | USM Number:13401-180 |
| _____/ | |
| | James Armington, Esq. (CJA) |
| | Defendant's Attorney |

**THE DEFENDANT:**

____X____ admitted guilt to violation of conditions One, Two and Four of the terms of supervision. See below.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal Conduct, Conspiracy to Possess with Intent to Distribute Five (5) Kilograms or more of Cocaine in violation of Condition One of the Standard Conditions | April 26, 2007 |
| Two | New Criminal Conduct, Attempted Possession with Intent to Distribute Five (5) Kilograms or more of Cocaine in violation of Condition One of the Standard Conditions | April 26, 2007 |
| Four | Violation of Special Condition, After being Deported the Defendant re-entered the United States without the permission of the appropriate governmental authority. | April 26, 2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated conditions and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: October 10th, 2007

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date       October 10th, 2007

| | |
|---|---|
| DEFENDANT: HOMERO SEGURA-RESENDEZ | Judgment - Page  2  of  2 |
| CASE NUMBER: 8:07-CR-228-T-24EAJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *EIGHTEEN (18) MONTHS. NO TERM OF SUPERVISED RELEASE TO FOLLOW.* In addition, this sentence is to run *concurrently* with the term of imprisonment previously imposed in Case No. 8:07-CR-137-T-30MSS

__X__ The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant serve of imprisonment at an institution within the State of Texas.

2. Defendant's right wrist be evaluated to ascertain if broken and if so, he should receive the appropriate medical treatment for such condition

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL